■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD TROTTER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Ostrowski, J.—assault, third degree.) Present—Callahan, J. P., Doerr, Denman, Boomer and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMPSON JAMES, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Celli, J.—burglary, second degree.) Present—Callahan, J. P., Doerr, Denman, Boomer and Schnepp, JJ.

■ In the Matter of MARK M., a Person Alleged to be a Juvenile Delinquent, Appellant.—Cross appeal unanimously dismissed without costs as academic. (Appeal from order of Erie County Family Court, Killeen, J.—juvenile delinquency.) Present—Dillon, P. J., Callahan, Denman, Green and Lawton, JJ.

■ RICHARD HORVATIS et al., Respondents, v NORFOLK-WESTERN RAILROAD, Appellant. RICHARD HORVATIS et al., Respondents, v CONRAIL, Appellant.—Appeal unanimously dismissed without costs as moot. (Appeal from order of Supreme Court, Erie County, Fudeman, J.—amend bill of particulars.) Present —Dillon, P. J., Callahan, Denman, Green and Lawton, JJ.